[No. 675.   August 2, 1897.]

J. S. JARRELL, Appellant, v. R. F. BARNETT, ASSIGNEE OF W. C. BIRD & CO., Appellee.

No written opinion filed.

Held,—No reversible error.

*Appeal*, from a decree for defendant, from the Fifth Judicial District Court, Chavez County.   Affirmed.

JAMES A. POAGE for appellant.

LAUGHLIN, J.—In this case the records disclose no reversible error, and the judgment of the lower court is therefore affirmed, with costs against appellant and sureties on his appeal bond.   An order will be accordingly entered, a written opinion not required.

Smith, C. J., and Collier and Bantz, JJ., concur.   Hamilton, J., did not sit in the case, having tried it in the court below.